IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VASIKO GOGIASHVILI,

    Petitioner,

v.                                                                                    No. 1:26-cv-01129-KG-LF

MARKWAYNE MULLIN, et al.,

    Respondents.

## ORDER FOR SUPPLEMENTAL BRIEFING

The Government filed a Status Report, Doc. 11, on May 26, 2026, indicating that Petitioner has a removal date scheduled for early June. The Court seeks additional clarification on the Government's removal efforts to assess the lawfulness of Petitioner's continued detention. Accordingly, the Court orders the Government to submit supplemental briefing on the status of removal efforts within ten (10) days of this Order. The Government's brief must include specific steps taken that demonstrate meaningful progress toward effectuating Petitioner's removal, any communications with foreign governments, and the Government's anticipated timeline for removal. If the Government fails to demonstrate sufficient progress towards removal by June 24, 2026, the Court will order Petitioner's release under appropriate conditions.

    IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access

system.